Commonwealth ex rel. Gordon, Appellant, *v.*
Gordon.

 Argued March 21, 1966. *Sidney M. DeAngelis*, with him *Bean, DeAngelis, Tredinnick & Giangiulio*, for appellant; *Alan E. Boroff*, with him *Morris Gerber*, and *Wisler, Pearlstine, Talone & Gerber*, for appellee.

Order affirmed.